UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:21-cr-42-MMH-MCR
18 U.S.C. §§ 751 & 4082

MELVIN EVINS NANCE

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 3, 2021, in the Middle District of Florida, the defendant,

MELVIN EVANS NANCE,

did knowingly and willfully escape from custody in Keeton Corrections, Inc. Jacksonville Residential Re-entry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Middle District of Florida upon conviction for the commission of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1) and by virtue of a judgment and commitment of the

United States District Court for the Southern District of Georgia upon conviction for escape, in violation of 18 U.SC. § 751(a).

In violation of 18 U.S.C. §§ 751 and 4082.

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
Ashley Washington
Assistant United States Attorney

By: _____
Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
4/30/21 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MELVIN EVINS NANCE

INDICTMENT

Violations: Ct. 1:   18 U.S.C. §§ 751 & 4082

A true bill,

_____
Foreperson

Filed in open court this 12th day

of May, 2021.

_____
Tracy S. Pinotti
Clerk

Bail  $ _____

GPO 863 525