# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:21-cr-42-MMH-MCR

MELVIN EVINS NANCE

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion to Continue Trial and Other Deadlines (Dkt. No. 19; Motion) filed on September 7, 2021. In the Motion, Defendant requests that the Court continue the motions deadlines, status conference, and trial in this matter. See Motion at 1. In support of the Motion, defense counsel asserts that additional time is needed to investigate this case and to confer with Defendant regarding his options. See id. Defendant represents to the Court that counsel for the government does not object to the relief requested in the Motion. See id. at 2. After due consideration, it is

**ORDERED:**

1. Defendant's Unopposed Motion to Continue Trial and Other Deadlines (Dkt. No. 19) is **GRANTED**.

2. This case is continued to the December 2021 trial term, commencing on December 6, 2021. As additional time is needed to investigate this matter and confer with Defendant, the Court finds that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Court, therefore, determines that the time from today until the end of the December 2021 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

3. This case is stricken from the October 2021 trial calendar and defense counsel is relieved of the obligation of attending the status conference previously scheduled for September 20, 2021, at 3:00 p.m. Another status conference is scheduled for November 22, 2021, at 3:00 p.m. before the undersigned in Courtroom 10B, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

    4.    Discovery motions are due by **November 8, 2021**, and dispositive motions are due by **November 17, 2021**.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of September, 2021.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record